IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD D. PARKELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-432-GBW |
| | ) | |
| GLOBAL TEL LINK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 11th day of June 2025, having reviewed and considered the motions for service, class certification, and appointment of counsel (D.I. 4, 5) filed by Defendant Plaintiff Donald D. Parkell, SBI# 00279174, a *pro se* litigant who is presently incarcerated;

WHEREAS Plaintiff commenced this action on April 7, 2025, pursuant to 42 U.S.C. § 1983, by filing a Complaint that states Plaintiff is dissatisfied with the Sussex Correctional Institution's wireless internet speed and bandwidth, movie streaming selection, and movie rental costs, and asserts that such amounts to cruel and unusual punishment and a due process rights violation (D.I. 2);

WHEREAS, prior to the issuance of a Service Order in this case or any consideration of Plaintiff's requests for class certification and counsel, this case must pass screening, pursuant to 28 U.S.C. §§ 1915 and 1915A, by presenting cognizable claims; and

WHEREAS Plaintiff has failed to state a claim upon which relief may be granted, and amendment is futile, because the alleged internet streaming disruptions resulting in higher movie streaming rental costs, and the allegedly limited selection of movies to stream, do not amount to cruel and unusual punishment and due process rights violations;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint (D.I. 2) is **DISMISSED** with prejudice, pursuant to 28 U.S. Code §§ 1915 and 1915A, because it fails to state a claim upon which relief can be granted and amendment is futile;

2. Plaintiff's motions for service, class certification, and counsel (D.I. 4, 5) are **DENIED** as moot; and

3. The Clerk of Court is directed to **CLOSE** the case.

_____
The Honorable Gregory B. Williams
United States District Judge